UNITED STATES COURT OF INTERNATIONAL TRADE           FORM 1

| | |
|---|---|
| Jinhe Biotechnology Co., Ltd.<br><br>                                Plaintiff,<br><br>v.<br><br>UNITED STATES,<br>                                Defendant. | **SUMMONS**<br><br>Court No. 24-cv-00129-NA |

**TO:** The Attorney General and the Secretary of Homeland Security:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).

/s/ Mario Toscano
Clerk of the Court

## PROTEST

| Port(s) of Entry: | Omaha, Nebraska (3512) | Center (if known): Pharmaceuticals, Health and Chemicals |
|---|---|---|
| Protest Number: | 351222100558 | Date Protest Filed: 06/08/2022 |
| Importer: | Jinhe Biotechnology Co., Ltd. | Date Protest Denied: 01/30/2024 |
| Category of Merchandise: | Chlortetracycline hydrochloride | |

### ENTRIES INVOLVED IN ABOVE PROTEST

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| 231-9912199-2 | 07/09/2020 | 05/28/2021 | 231-9918196-2 | 12/23/2020 | 11/05/2021 |
| 231-9913156-1 | 08/03/2020 | 07/30/2021 | 231-9919214-2 | 01/31/2021 | 11/05/2021 |
| 231-9914031-5 | 08/10/2020 | 08/13/2021 | 231-9922090-1 | 03/20/2021 | 11/05/2021 |
| 231-9916462-0 | 11/04/2020 | 11/05/2021 | 231-9922532-2 | 05/18/2021 | 11/05/2021 |

Jessica R. Rifkin
Olsson Frank Weeda Terman Matz PC
2000 Pennsylvania Ave., Suite 4003
Washington, DC 20006
(202) 516-6321/jrifkin@ofwlaw.com

Name, Address, Telephone Number
and E-mail Address of Plaintiff's Attorney

## CONTESTED ADMINISTRATIVE DECISION

| Appraised Value of Merchandise | | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | | |
| Protest Claim: | | |

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Tariff Classification | Rate | Tariff Classification | Rate |
| Chlortetracycline hydrochloride | 2309.90.9500 9903.88.03 | 1.4% 25% | 2941.30.0000 | Free |

**Other**
State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim:
Please see Attachment.

The issue which was common to all such denied protests:

Every denied protest included in this civil action was filed by the same above-named importer, or person authorized under 19 U.S.C. § 1514(c)(2). The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid.

_Signature of Plaintiff's Attorney_

07/28/2024
_Date_

## SCHEDULE OF PROTESTS

Pharmaceuticals, Health & Chemicals
_____
Center (if known)

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation | Port Code |
|---|---|---|---|---|---|---|
| 351222100558 (continued)  Please note: both entries listed on this schedule are covered by Protest No. 351222100558 | 06/08/2022 | 01/30/2024 | 23199285300 | 09/01/2021 | 11/05/2021 | 3512 |
| | | | ACN32247171 | 02/16/2021 | 11/12/2021 | 3512 |

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; June 22, 2021, eff. July 26, 2021.)